(COURT COPY)

UNITED STATES DISTRICT COURT IN THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD PERRY,
PLAINTIFF,

VS.

MS. FRIZZELL(SIC) ASSISTANT WARDEN OF PROGRAMS OFFICE, CHAPLAIN G.S. CALLIN(SIC); B. FOLSOM; AND T. LAMB, HEAD WARDEN; IN THEIR INDIVIDUALLY AND IN THEIR OFFICIALLY CAPACITIES AND JOB DUTIES; ET AL;
DEFENDANTS.

CASE NO.* 8:17 CV 574 T36 TBM
UNDER COLOR OF STATE LAW
"DEMANDED FOR JURY TRIAL"
[EN-BENCH REQUEST HEARING]

"EMERGENCY RELIGIOUS FREEDOM COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983"/TURNER TEST. "UNDER THE RELIGIOUS FREEDOM RESTORATION ACT (RFRA)"

I. PREVIOUS LAWSUITS

A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT IN THE LAST THREE YEARS?

■ YES OR □ NO

B. IF YOU ANSWER TO(A) IS "YES," DESCRIBE EACH LAWSUIT IN THE SPACE BELOW.

1. PARTIES TO THE PREVIOUS LAWSUIT:

PLAINTIFF'S DONALD PERRY VS. OFFICER LIND, ET AL., CASE NO. 25-2015-CA-000239 DISMISS WITH PREJUDICE ON 2-22-2017, BY: JUDGE MARCUS J. EZELLE, HARDEE COUNTY-FLORIDA. OTHER PREVIOUS CASES' IN THE 1980'S, 1990'S, PARTS OF 2000'S, FILED IN THE MIDDLE DISTRICT OF FLORIDA-JACKSONVILLE-DIVISION AND WITHIN THE NORTHERN DIVISION OF FLORIDA-TALLAHASSEE-FLORIDA AND WITHIN THE TAMPA DIVISION IN 2015 OR 2016. "PLAINTIFF'S CAN'T RECALL OR REMEMBER THE NAMES OF ALL THE DEFENDANTS OR THE CASES-NUMBERS." FOR AN GREAT EXAMPLE; OFFICERS SGT. R. GRICE AND SGT. J. JUISTI AT [HARDEE CORRECTIONAL INSTITUTION ON 2-17-2017, DONE DESTROYING (SIC) OR DEMAGES OR THROWING AWAYS (ALL) OF MY PERSONAL AND RELIGIOUS AND LEGAL PROPERTIES WITHOUT JUST CAUSES]. SEE APPROVED FILED ATTACHED INMATE PART A - INMATE GRIEVANCE #1702-501-074 ON 2-19-2017 AS PLAINTIFF'S EXHIBIT-A AND THE ATTACHED PART B - RESPONSE "[APPROVED UNDER INVESTIGATION AS PLAINTIFF'S EXHIBIT-B, [ALL ATTACHMENTS HEREINAFTER]]."

2. COURT [IF FEDERAL COURT, NAME THE DISTRICT. IF STATE COURT, NAME THE STATE AND COUNTY.): SEE THE ABOVE MEANINGFUL ANSWERS IN LINE 1 ABOVE, AND ATTACHED PLAINTIFF'S EXHIBITS A/B, FDOC'S OFFICIALS DOCUMENTATIONS. "PRAISES YAHWEH!"



N.R.

3. CASE NUMBER: See also, THE above ANSWERS IN LINE 1, and attached SAID PLAINTIFF'S exhibits A/B, See attached PlaintiFF'S EX.C, DC6-236 #501-1702-0105 (APPROVED) ON 2-20-17.

4. NAME OF Judge assigned to the CASE: See Also, THE above ANSWERS IN LINE 1, and attached SAID PLAINTIFF'S EXhibits A/B.

5. CAUSE OF ACTION (Cite the Statute under which you Filed and write A brief Statement of the CASE): PURSUANTS TO THE 1st 8th, and 14th Amendments OF THE UNITED STATES CONSTITUTION AND MOST ON STAFF PHYSICAL assaulted upon THE above NAMED PLAINTIFF'S and BEING illegal CONFINEMENTS, Etc., Etc.

6. Disposition or Final determination of the CASE [For example, dismissed or appealed). all THE CASES FILED IN THE MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION was LOST AT Jury Trial Proceedings and DISMISSED ON appeal LED LEVEL out OF THE U.S. COURT OF Appeals 11th "CIRCUIT" and only one was Reversed DONALD PERRY VS. RANDY THOMSPSON, et al., U.S. COURT OF Appeals 11th "CIRCUIT"), (1986). THE Religion Complaint FILED IN THE MIDDLE DISTRICT OF FLORIDA - TAMPA FLORIDA - DIVISION was also DISMISSED WITHOUT PREjudice IN 2015 OR 2016.

7. Approximate date of Filing the Lawsuit: IN 1980'S, 1990'S, PART OF 2000'S, and IN 2015 OR 2016 "Really Can't Remember WHAT MONTH OR DATE:"

8. Approximate date of disposition or Final determination of the Lawsuit: "See PLAINTIFF'S BEST Remember answers IN LINE 1 above, and his attached Plaintiff's exhibits A-B."

II. PRESENT PLACE OF CONFINEMENT: HARDEE CORRECTIONAL INSTITUTION.

A. IS there A PRISONER grievance Procedure IN THE INSTITUTION?

☒ YES OR ☐ NO

B. Did you PRESENT THE FACTS RELATING TO your Complaint IN THE PRISONER grievance Procedure?

☒ YES OR ☐ NO

C. IF you answered "yes" to question II. B.:

1. WHAT Steps did you take: FIRST PlaintiFF'S FILED INFORMAL Grievance # 501-1702-0037 ON 2-5-2017, DIRECTLY TO MS. FRIZZELL (SIC) AS HIS PlaintiFF'S EX. C attached.

2. WHAT WAS THE RESULT? DENIED. WITHOUT RULING ON THE ACTUALLY MERIT ON 2-9-17

3. PLAINTIFF'S PRESENT THE FACTS TO MR. T. LAMB WARDEN AT HARDEE C.I. IN A FORMAL GRIEVANCE PART A - INMATE GRIEVANCE #1702-501-062 ON 2-10-17, DENIED - SEE ATTACHED PLAINTIFF'S EX. D.

4. PART B - RESPONSE #1702-501-062 ON 2-22-17 WAS ALSO DENIED BY B. FOLSOM AND T. LAMB, SEE ALSO: PLAINTIFF'S ATTACHED EX. E.

III. PARTIES

List your name, prisoner number, address and telephone number. Do the same for any additional plaintiffs. Attach an additional sheet of paper, if necessary.

A. NAME OF PLAINTIFF: DONALD PERRY - AS - "MOSHEH BEN ISRAEL." ("MY HEBREW NAMES.") 4872-4871 421 3478 "STRONG'S CONCORDANCE."
PRISONER NUMBER: 050031.
ADDRESS: HARDEE CORRECTIONAL INSTITUTION, AT; 6901 STATE ROAD 62, WEST; BOWLING GREEN - FLORIDA 33834-9505.

Provide each defendant's full name, official position:
MS. FRIZZELL (SIC) ASSISTANT WARDEN OF PROGRAMS OFFICE, CHAPLAIN G.S. GLLINS (SIC) OR CHAPLAIN G.S. CALLIN; B. FOLSOM CHIEF CORRECTIONAL OFFICER (COLONEL); AND T. LAMB HEAD WARDEN AT HARDEE C.I.

EMPLOYER'S ADDRESS: AT; HARDEE CORRECTIONAL INSTITUTION, 6901 STATE ROAD 62, WEST; BOWLING GREEN, FLORIDA 33834-9505.
"AT THIS TIME IT IS NO ADDITIONAL DEFENDANTS ON FDOC OFFICIALS DOCUMENT."

IV. STATEMENT OF THE CLAIM

Paragraph IS THE STATEMENT OF Claim:
CAUSE OF ACTION: 1. MS. FRIZZELL (SIC), WITH ALL DUE RESPECTED TO YOU: UPON INFORMATION AND BELIEF, I Thought you, would START IMPLEMENTING THE TWO (2) JUST HEBREW ISRAELITES STUDYING CLASS ON WEDNESDAY MORNING FROM 8:30 AM-TO-11:00 AM and ON FRIDAY MORNING FROM 8:30 AM-TO-11:00 AM.... ONCE you GET A SUPERVISOR CHAPLAIN OVER THE CHAPEL DEPARTMENT.... IT IS MY UNDERSTANDING, AS THE CHIEF LEGAL COUNSEL FOR THE "NATION OF YAHWEH" at Hardee C.I., "PRAISE YAHWEH".... THE "NATION OF YAHWEH" IS ONLY REQUESTING FOR FAIR RELIGION TREATMENTS JUST LIKE OTHERS RELIGION SECTIONS and OTHERS RELIGION INMATES at HARDEE C I be approved.... e.g., CHRISTIAN INMATES get [7 days-WEEKLY TO STUDY at THE Chapel.... MUSLIM INMATES get TWO days (TUESDAY and FRIDAY) TO THE Chapel DEPARTMENT TO TEACHING -ism- doctrine - STATE OF QUALITY, etc. HEBREW ISRAELITES - BEING DENIED two (2) days WEEKLY.... WHICH CONSTITUTED DIS-CRIMINATION - "A PREJUDICED ACT." NO OTHERS RELIGIONS IS SOUND PROOF LIKE HEBREW Faith. PLEASE STRAIGHT THIS DISCRIMINATORY ACTED - OUT.... See also: attached (PLAINTIFF'S EX. C.). ON 2-5-2017.

Paragraph IS THE STATEMENT OF Claim:
CAUSE OF ACTION: 2. CHAPLAIN G.S. Gllins (SIC) OR CHAPLAIN G. S. CAllin, PERSONALLY RESPONSED #501-1702-0037. ON OR about 2-9-17.

TIME and SPACE are always a CONCERN FOR PROGRAMING. YOUR REQUEST WILL BE CONSIDERED FOR UPCOMING MONTHLY PROGRAMS. DENIED
G. S. Gllins (See also: PLAINTIFF'S EX. C - attached).

Paragraph IS THE STATEMENT OF Claim:
CAUSE OF ACTION: 3. PERSONALLY DEFENDANTS B. FOLSOM and T. LAMB ON 2-22-17 DENIED PLAINTIFF'S HIS RIGHTFUL TWO (2) days WEEKLY TO STUDYS and PRAYS (WITH) HIS HEBREW ISRAELITES GOD YAHWEH at the Chapel DEPARTMENT WITH HIS HEBREW

BROTHERS TOGETHERS as "THE CHILDREN OF ISRAEL" FROM THE SOUTH and NORTH SIDES at Hardee C.I. - "open" General Population. See also: attached Plaintiff's EX. D, Part A - INMATE GRIEVANCE #1702-501-062 and THE Plaintiff's EX. E, attached: Part B-RESPONSE #: 1702-501-062 ON 2-22-17.

"IT SHOULD BE NOTES THAT THE GRIEVANT'S and above NAMED PLAINTIFF'S done Filed Numerous Previous INFORMAL and FORMAL GRIEVANCES ON BEING DENIED FAIR Religion TREATMENTS at Hardee C.I., and by Chapel DEPARTMENT" - "WHEN IS ENOUGH IS ENOUGH?"

## V. REQUEST FOR RELIEF

1. PLAINTIFF'S want THE above Court. TO ISSUE an EMERGENCY TRO and PRELIMINARY INJUNCTION against THE above NAMED DEFENDANTS TO STOPS DENYING THE PLAINTIFF'S HIS RIGHT TO FREE EXERCISE OF HEBREW ISRAELITES Religion two (2) days weekly along with All Sincerely others Hebrew Israelites — BROTHERS. DOCUMENTED ON FDOC Records at THE Hardee CI — Chapel Department Two (2) days weekly.

2. PLAINTIFF'S want THE above Court. TO ISSUE an EMERGENCY TRO and PRELIMINARY INJUNCTION against THE above NAMED DEFENDANTS TO SHOW GOOD CAUSES. "why THE PLAINTIFF'S IS BEING DENIED HIS FREE EXERCISE OF HEBREW ISRAELITES Religion two (2) days-weekly at Hardee CI — Chapel Department TO PRAYS HIS HEBREW GOD ("YAHWEH") with HIS HEBREW BROTHERS FROM THE NORTH and SOUTH SIDES IN "open" General Population?

3. PLAINTIFF'S want THE above Court. TO GRANTED HIS TRO and PRELIMINARY INJUNCTION MOTIONS PURSUANT TO RULE 65, FEDERAL RULES OF CIVIL PROCEDURE as a MATTER OF CIVIL LAW.

4: Plaintiff's want the Court to order the above Defendants to Provides and Produce All Relevant documents Relating to the Subject Matter Complaint under Rule 26, Fed. R. of Civ. Pro.

5: Plaintiff's is seeks $400,000.00 damages against each above Defendants sued in his or her individual and Defendants sued in his or her official capacities, for acted outside the scope of their discretionary job duties with the FDOC's, and Defendants' actions Rise to the level of a violation of a clearly established Statutory or Constitutional Right.

6: Defendants is sued for $400,000.00 damages against each Defendants' in his or her official capacities for injunctive Relief, "Because Defendants acted Clean outside the scope of their discretionary job duties with the FDOC's, and Defendants' Actions Rise to the level of a violation of a clearly established statutory or constitutional Right."

7. Plaintiff's want the Court to order each Defendants to stop outright discriminating or discriminatory or discrimination against the Plaintiff's "Hebrew Israelites-Religious Faith," and granted the Plaintiff's Requested TRO Motion and his Requested Preliminary injunctive Reliefs.

8. Plaintiff's want the Court to grants his full access to the Court at all times in this cause of action and to granted him to proceeds in IFP status, etc., etc., under the Federal Rules of Civil Procedure and under the (1st) and (14th) Amendments of the United States Constitution (1776) and (1791). See attached said Plaintiff's Ex. 1, Currently Florida Department of Corrections Trust Fund Account Statement Facility: 501- Hardee C.I., for: 02/01/2017-02/28/2017.

I hereby certify under penalty of perjury that the above named complaint is true to the best of my informations, attached FDOC documentations, my true knowledges - "By my actually experienced", and By my Hebrew Belief - Hebrew Faith — all Praises to יהוה!" "Bo Tree."

Respectfully Submitted By:

050031,

/s/ Donald Perry

Donald Perry, 050031, E1-101-L,
Hardee Correctional Institution,
c/o 6901 State Road 62, West;
Bowling Green, FL 33834-9505.

SWORN TO and BEFORE ME ON THIS 6th DAY OF March, 20 17.

/s/ Krysia Schofield
NOTARY PUBLIC

KRYSIA SCHOFIELD
Notary Public - State of Florida
Commission # FF 940019
My Comm. Expires Nov 30, 2019
Bonded through National Notary Assn.

RESPECTFULLY SUBMITTED BY:

/s/ Donald Perry 050031,
DONALD PERRY, 050031, E1-109-L,
HARDEE CORRECTIONAL INSTITUTION,
% 6901 STATE ROAD 62, WEST;
BOWLING GREEN, FL 33834-9505.

"CERTIFICATE OF SERVICE FOR SERVICE BY MAIL"

I, DONALD PERRY #050031, HEREBY CERTIFY THAT ON ____________, THIS DATE, I CAUSED THE FOLLOWING DOCUMENTS: FOUR(4) COPIES OF MY "EMERGENCY RELIGIOUS FREEDOM COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983", IS BEING SENT TO THE CLERK'S OFFICE FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA FLORIDA-DIVISION; FOR ONE(1) COPY FOR EACH DEFENDANTS UNDER FEDERAL RULES OF CIVIL PROCEDURE.

/s/ Donald Perry 050031,
DONALD PERRY, 050031, E1-109-L.